**UNPUReLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 99-6439**

─────────────

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

FRANKLYN EARL BANNERMAN,

Defendant - Appellant.

─────────────

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. J. Calvitt Clarke, Jr., Senior District Judge. (CR-90-105-N, CA-97-287-2)

─────────────

Submitted: August 10, 1999          Decided: August 31, 1999

─────────────

Before ERVIN and WILKINS, Circuit Judges, and BUTZNER, Senior Circuit Judge.

─────────────

Dismissed by unpublished per curiam opinion.

─────────────

James J. Vergara, Jr., VERGARA & ASSOCIATES, Hopewell, Virginia; Cheryl Johns Sturm, Westtown, Pennsylvania, for Appellant. Laura Marie Everhart, Assistant United States Attorney, Norfolk, Virginia, for Appellee.

─────────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Franklyn Earl Bannerman seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West 1994 & Supp. 1999). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See United States v. Bannerman, No. CR-90-105-N; CA-97-287-2 (E.D. Va. Feb. 16, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED